IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DANIEL G. JONES,

    Plaintiff,

vs.                                    CASE NO. 4:05cv475-SPM/WCS

JAMES V. CROSBY, JR.,

    Defendant.
_____/

## ORDER

THIS CAUSE comes for consideration upon the magistrate judge's report and recommendation dated December 22, 2005 (doc. 13). Plaintiff has been furnished a copy and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed. Having considered the report and recommendation, I have determined that the report and recommendation should be adopted.

Accordingly, it is hereby ORDERED as follows:

1.    The magistrate judge's report and recommendation is ADOPTED and incorporated by reference in this order.

2.    The complaint is dismissed with prejudice, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), for failure to state a claim upon which relief may be granted.

3.    The Clerk of Court shall note on the docket that this case was

dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

DONE AND ORDERED this 3rd day of January, 2006.

*s/ Stephan P. Mickle*

Stephan P. Mickle
United States District Judge